1  BURKE, WILLIAMS & SORENSEN, LLP
   MICHAEL B. BERNACCHI, Bar No. 163657
2  mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Telephone: 213.236.0600
4  Facsimile: 213.236.2700

5  Attorneys for Defendant Unum Life Insurance
   Company of America

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOEL C. PARKER,                    Case No. '08 CV 0262 L RBB

12              Plaintiff,             **NOTICE OF PARTY WITH
                                       FINANCIAL INTEREST**
13  v.

14  UNUM LIFE INSURANCE
    COMPANY OF AMERICA; and
15  DOES 1 through 10, inclusive,

16              Defendants.

17

18      Defendant Unum Life Insurance Company of America is a subsidiary of

19  Unum Group. Unum Group is a publicly-traded company. No individual or entity

20  owns ten percent or more of Unum Group's stock.

21

22  Dated:   February 11, 2008         Burke, Williams & Sorensen, LLP
                                        Michael B. Bernacchi
23

24
                                        By:_____
25                                         Michael B. Bernacchi
                                           Attorneys for Defendant Unum Life
26                                         Insurance Company of America

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-8968-9346 v1                    1                    CASE NO.
                                              NOTICE OF PARTY WITH FINANCIAL
                                                          INTEREST

**PROOF OF SERVICE BY MAIL**

1

2          I am a citizen of the United States and employed in Los Angeles County, California.  I am

3   over the age of eighteen years and not a party to the within-entitled action.  My business address

4   is 444 South Flower Street, Suite 2400, Los Angeles, California  90071-2953.  I am readily

5   familiar with this firm's practice for collection and processing of correspondence for mailing with

6   the United States Postal Service.  On February 11, 2008, I placed with this firm at the above

7   address for deposit with the United States Postal Service a true and correct copy of the within

8   document(s):

9                    **NOTICE OF PARTY WITH FINANCIAL INTEREST**

10   in a sealed envelope, postage fully paid, addressed as follows:

11        John W. Tower, Esq.
         Law Offices of John W. Tower
12        2211 Encinitas Blvd., 2nd Floor
         Encinitas, CA  92024
13        Tel.:  (760) 436-5589

14          Following ordinary business practices, the envelope was sealed and placed for collection

15   and mailing on this date, and would, in the ordinary course of business, be deposited with the

16   United States Postal Service on this date.

17          I declare that I am employed in the office of a member of the bar of this court at whose

18   direction the service was made.

19          Executed on February 11, 2008, at Los Angeles, California.

20

21   _____

22                                            Sandy Bird

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4830-1665-8946 v1