# PROOF OF SERVICE (EFILING)

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On **February 19, 2008**, I served the following document(s): **DEFENDANT'S ANSWER TO COMPLAINT** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

> John W. Tower, Esq.
> Law Offices of John W. Tower
> 2211 Encinitas Blvd., 2nd Floor
> Encinitas, CA  92024
> Tel.:  (760) 436-5589

( )  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )  By overnight courier, I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

**( X )**  By electronic service of the document(s) through the Court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed **February 19, 2008**, Los Angeles, California.

*/s/ Sandra Bird*
Sandra Bird

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-3332-5570 v1