

**FILED**

**2/19/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Parker**                                              **08cv262-L (RBB)**

**-v-**

**Unum Life Insurance Company of America, et al.**

# STRICKEN DOCUMENT

**5-Notice of Motion to Strike**

**5**