

**Parker**  08cv262-L (RBB)

**-v-**

**Unum Life Insurance Company of America, et al.**

# STRICKEN DOCUMENT

**6-Memorandum of Points and Authorities**

**6**