BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL B. BERNACCHI, Bar No. 163657
mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendant Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL C. PARKER,<br><br>  Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  08 CV 0262 L RBB<br><br>**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>**DATE:  April 28, 2008<br>TIME:  10:30 a.m.<br>CTRM.:"14"** |

Defendant Unum Life Insurance Company of America ("Unum") hereby submits its Memorandum of Points and Authorities in Support of its Motion to Strike Plaintiff's Demand for Jury Trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-9462-8354 v1        1        CASE NO. 08 CV 0262 L RBB
MEMO OF P'S AND A'S IN SUPPORT OF
ITS MOTION TO STRIKE PLAINTIFF'S

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

This action arises out of a claim by Plaintiff JOEL C. PARKER ("PARKER") for long-term disability insurance benefits pursuant to a group disability policy issued to Parker's employer, Hammond & Masing General Contractors, Inc. ("Hammond & Masing") by Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM"), for the benefit of Hammond & Masing's employees, including Plaintiff.  Specifically, PARKER alleges that he is disabled and entitled to long-term disability benefits under the Plan.

On January 10, 2008, Plaintiff filed his Complaint in this matter.  The Complaint purports to state a single cause of action for "Damages for Violation of ERISA (29 U.S.C. § 1132)".  Additionally, the Complaint includes a demand for a jury trial.  However, Plaintiff's only claim is one for ERISA benefits.  As ERISA does not provide for a trial by jury, Plaintiff's jury demand should be stricken from the Complaint.

## II.   BECAUSE PLAINTIFF'S LAWSUIT IS GOVERNED BY ERISA, THERE IS NO RIGHT TO A JURY TRIAL, AND HIS REQUEST MUST BE STRICKEN

A court may order stricken from any pleading any "redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).  Plaintiff's demand for a jury trial should be stricken under Rule 12(f) because there is no right to a jury trial under ERISA.

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4836-9462-8354 v1

2

CASE NO. 08 CV 0262 L RBB
MEMO OF P'S AND A'S IN SUPPORT OF
ITS MOTION TO STRIKE PLAINTIFF'S

It has been firmly established that the right to a jury trial is not available in lawsuits involving any claim arising under ERISA, whether it be for benefits or equitable relief concerning benefits. *See Neville v. Shell Oil Co.*, 835 F.2d 209, 213 (9th Cir. 1987) (citing *Blau v. Del Monte Corp.*, 748 F.2d 1348 (9th Cir. 1984)) ("We held in *Blau* that in ERISA actions there is no independent constitutional or statutory right to a jury trial . . . Thus, we uphold the denial of a jury trial."). For example, in *Thomas v. Oregon Fruit Products Co.*, 228 F.3d 991 (9th Cir. 2000), the Ninth Circuit affirmed the district court's rejection of the ERISA plaintiff's demand for a jury trial, holding that the Seventh Amendment does not require that a jury trial be afforded for claims made by ERISA participants or beneficiaries.

There is no question here that PARKER's request for a jury trial is improper, and must be stricken. His claim for benefits arises from his employer's disability policy, which is an employee benefit plan governed by ERISA. (*See* Plaintiff's Complaint at ¶¶ 8-10) PARKER concedes that his lawsuit is governed by ERISA, and seeks the recovery of benefits and attorney's fees under ERISA. There is simply no right to a jury in this case. The motion should be granted in its entirety.

### III. CONCLUSION

For all of the foregoing reasons, Defendant respectfully requests that Plaintiff's demand for jury trial be stricken.

Dated:   February 19, 2007

Burke, Williams & Sorensen, LLP
Michael B. Bernacchi

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendant Unum Life Insurance Company of America
E-mail:  mbernacchi@bwslaw.com

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-9462-8354 v1

3

CASE NO. 08 CV 0262 L RBB
MEMO OF P'S AND A'S IN SUPPORT OF
ITS MOTION TO STRIKE PLAINTIFF'S