| | |
|---|---|
| 1 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | MICHAEL B. BERNACCHI, Bar No. 163657<br>mbernacchi@bwslaw.com |
| 3 | 444 South Flower Street, Suite 2400<br>Los Angeles, CA  90071-2953 |
| 4 | Telephone:  213.236.0600<br>Facsimile:    213.236.2700 |
| 5 | Attorneys for Defendant Unum Life Insurance |
| 6 | Company of America |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL C. PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  08 CV 0262 L RBB<br><br>**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S NOTICE OF MOTION TO STRIKE PLAINTIFF'S DEMAND FOR JURY TRIAL**<br><br>**DATE:  April 28, 2008**<br>**TIME:   10:30 a.m.**<br>**CTRM.:"14"** |

TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 28, 2008, at 10:30 a.m., in Courtroom "14" of the above entitled Court, located at 880 Front Street, San Diego, California, Defendant Unum Life Insurance Company of America ("Defendant" or "Unum") will move, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike Plaintiff Joel C. Parker's ("Plaintiff or "Parker") demand for jury trial in his Complaint on the grounds that this matter is governed by ERISA which does not entitle Plaintiff to a right to trial by jury.

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-7640-8578 v1                                                1                           CASE NO. 08 CV 0262 L RBB
                                                                                                  DEF. UNUM'S NOTICE OF MOTION TO
                                                                                                  STRIKE RE JURY DEMAND

1  This motion is based upon this notice of motion and motion, on the
2  concurrently-filed Memorandum of Points and Authorities, all matters on which
3  this Court must or may take judicial notice, the pleadings and records on file in this
4  action, and other and further evidence and argument as may be presented at the
5  hearing on this motion.

7  Dated:    February 19, 2007            Burke, Williams & Sorensen, LLP
8                                          Michael B. Bernacchi

10                                         By: */s/ Michael B. Bernacchi*
                                              Michael B. Bernacchi
11                                            Attorneys for Defendant Unum Life
                                              Insurance Company of America
12                                            E-mail: mbernacchi@bwslaw.com

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-7640-8578 v1                2                CASE NO. 08 CV 0262 L RBB
                                                      DEF. UNUM'S NOTICE OF MOTION TO
                                                      STRIKE RE JURY DEMAND DEMAND FOR