BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi, (SBN 163657)
  mbernacchi@bwslaw.com
Keiko J. Kojima, (SBN 206595)
  kkojima@bwslaw.com
444 South Flower Street
Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600   Fax:  213.236.2700

Attorneys for Defendant Unum Life
Insurance Company of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>            Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 08 CV 0262 L RBB<br><br>**JOINT MOTION TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Currently set: March 21, 2008<br><br>Time:           10:00 a.m.<br><br>Action Filed:<br>Trial Date: |

  Plaintiff Joel Parker ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant"), by and through their respective counsel of record, hereby jointly move and agree as follows:

  1.  An early neutral evaluation ("ENE") conference has been scheduled on March 21, 2008 at 10:00 a.m. before Magistrate Judge Ruben B. Brooks.  The conference requires the personal appearance of lead counsel and parties with full and unlimited authority to negotiate and settle.

  2.  Defendant's representative, who has unlimited authority to negotiate and settle, is unable to personally attend the conference on March 21 due to her

LA #4832-5305-1650 v1                                                    CASE NO. 08 CV 0262 L RBB
JOINT MOTION TO CONTINUE DATE OF ENE CONFERENCE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

recent unexpected hospitalization and medical condition. Because she is the representative who is handling this case, Defendant requests that the ENE be continued to allow her to appear. The parties request that the ENE conference be continued to either April 15, 2008 or April 17, 2008, starting in the late morning or early afternoon. Plaintiff's counsel and Defendant's counsel are also available on those dates.

3. The parties hereby jointly move to continue the early neutral evaluation conference to either April 15, 2008 or April 17, 2008.

The Court is respectively requested to grant the joint motion.

Respectfully submitted,

Dated: March 14, 2008            Law Offices of John W. Tower

                                 By: */s/ John W. Tower*
                                    John W. Tower
                                    Attorneys for Plaintiff Joel Parker

Dated: March 14, 2008            Burke, Williams & Sorensen, LLP
                                 Keiko J. Kojima

                                 By:*/s/ Keiko J. Kojima*
                                    Keiko J. Kojima
                                    Attorneys for Defendant Unum Life
                                    Insurance Company of America