UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 08 CV 0262 L RBB<br><br>**[PROPOSED] ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:    March 21, 2008<br>Time:   10:00 a.m. |

    The parties having jointly moved, and good cause appearing, IT IS ORDERED that the date of the Early Neutral Evaluation Conference be continued from March 21, 2008 to _____.

Dated: _____

                                                                                  United States Magistrate Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4820-6947-1490 v1                                      CASE NO. 08 CV 0262 L RBB
ORDER TO CONTINUE DATE OF ENE CONF.