1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  | JOEL PARKER, | Case No. 08 CV 0262 L RBB |

12  Plaintiff,

**ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE**

13  v.

14  UNUM LIFE INSURANCE
COMPANY OF AMERICA; and DOES

15  1 through 10, inclusive,

Date:        March 21, 2008
Time:        10:00 a.m.

16  Defendants.

17

18      The parties having jointly moved, and good cause appearing, IT IS

19  ORDERED that the date of the Early Neutral Evaluation Conference be continued

20  from March 21, 2008 to April 21, 2008, at 1:30 p.m.

21

22  Dated:  March 18, 2008

United States Magistrate Judge

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4820-6947-1490 v1

CASE NO. 08 CV 0262 L RBB

ORDER TO CONTINUE DATE OF ENE CONF.