1  BURKE, WILLIAMS & SORENSEN, LLP
   Michael B. Bernacchi, (SBN 163657)
2      mbernacchi@bwslaw.com
   Keiko J. Kojima, (SBN 206595)
3      kkojima@bwslaw.com
   444 South Flower Street
4  Suite 2400
   Los Angeles, CA  90071-2953
5  Tel:  213.236.0600   Fax:  213.236.2700

6  Attorneys for Defendant Unum Life
   Insurance Company of America
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JOEL PARKER,                          | Case No. 08 CV 0262 L RBB
12 |          Plaintiff,                   |
13 |     v.                                | **JOINT STIPULATION RE PLAINTIFF'S AGREEMENT TO STRIKE JURY DEMAND**
14 | UNUM LIFE INSURANCE                   |
15 | COMPANY OF AMERICA; and DOES          |
   | 1 through 10, inclusive,              | Currently set:  April 28, 2008
16 |          Defendants.                  | Time:           10:30 a.m.
17 |                                       |
   |                                       | Action Filed:   1/10/08
18 |                                       | Trial Date:     None set

19     Plaintiff Joel Parker ("Plaintiff") and Defendant Unum Life Insurance
20 Company of America ("Defendant") hereby stipulate and agree that Plaintiff's jury
21 demand in this ERISA action is stricken without prejudice.  Defendant's motion to
22 strike the jury demand, which is set for hearing on April 28, 2008 is hereby
23 withdrawn without prejudice to its refiling.
24

25

26

27

28 LA #4835-8060-4418 v1                                CASE NO. 08 CV 0262 L RBB

BURKE, WILLIAMS &
SORENSEN, LLP                                          JOINT STIPULATION RE PLAINTIFF'S
ATTORNEYS AT LAW                                       AGREEMENT TO STRIKE JURY DEMAND
LOS ANGELES

Respectfully submitted,

Dated: March 26, 2008

Law Offices of John W. Tower

By: /s/ John W. Tower
John W. Tower
Attorneys for Plaintiff Joel Parker

Dated: March 27, 2008

Burke, Williams & Sorensen, LLP
Michael B. Bernacchi
Keiko J. Kojima

By: /s/ K. J. Kojima
Keiko J. Kojima
Attorneys for Defendant Unum Life
Insurance Company of America

LA #4835-8060-4418 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 08 CV 0262 L RBB
JOINT STIPULATION RE PLAINTIFF'S
AGREEMENT TO STRIKE JURY DEMAND