# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>            Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 08 CV 0262 L RBB<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S AGREEMENT TO STRIKE JURY DEMAND**<br><br>Date:    April 28, 2008<br>Time:   10:30 a.m. |

IT IS HEREBY ORDERED that Plaintiff Joel Parker's jury demand is stricken without prejudice. Defendant's motion to strike the jury demand is hereby withdrawn without prejudice to its refiling. The hearing on Defendant's motion to strike the jury demand set for April 28, 2008 is taken off calendar.

Dated: _____

_____
Judge, United States District Court