UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 08 CV 0262 L RBB<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION TO STRIKE JURY DEMAND [doc. #12]** |

Good cause appearing, **IT IS HEREBY ORDERED** granting the parties' joint motion to withdraw without prejudice defendant's motion to strike the jury demand.   The hearing on Defendant's motion to strike the jury demand [doc. #9] set for April 28, 2008 is vacated

**IT IS SO ORDERED.**

Dated:  March 27, 2008

_____
M. JAMES LORENZ
United States District Court Judge

COPY TO:

MAGISTRATE JUDGE RUBEN B. BROOKS

ALL PARTIES/COUNSEL

LA #4841-5135-7442 v1

CASE NO. 08 CV 0262 L RBB
[PROPOSED] ORDER RE PLAINTIFF'S
AGREEMENT TO STRIKE JURY DEMAND

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES