BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi, (SBN 163657)
  mbernacchi@bwslaw.com
Keiko J. Kojima, (SBN 206595)
  kkojima@bwslaw.com
444 South Flower Street
Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600   Fax:  213.236.2700

Attorneys for Defendant Unum Life
Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 08 CV 0262 L RBB<br><br>**JOINT EX PARTE APPLICATION TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Currently set: April 21, 2008<br><br>Time:　　　　1:30 p.m. |

Plaintiff Joel Parker ("Parker") and Defendant Unum Life Insurance Company of America ("Unum Life"), by and through their respective counsel of record, hereby jointly move and agree as follows:

1.　　An early neutral evaluation ("ENE") conference has been scheduled on April 21, 2008 at 1:30 p.m. before Magistrate Judge Ruben B. Brooks.  The conference requires the personal appearance of lead counsel and parties with full and unlimited authority to negotiate and settle.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-9363-1490 v1

CASE NO. 08 CV 0262 L RBB
JOINT EX PARTE APPLICATION TO CONTINUE
DATE OF ENE CONFERENCE

2. The ENE was previously continued from March 21, 2008, due to the inability of Unum Life's representative to personally attend the conference due to her unexpected hospitalization and medical condition. The parties had submitted a joint motion to continue the ENE to either April 15, 2008 or April 17, 2008, dates on which all parties and their counsel would be available. The Court selected another date, April 21, 2008, as the new date for the ENE.

3. Defendant's counsel, Michael B. Bernacchi is unavailable on April 21, 2008 to appear for the ENE because he has a pre-trial conference in the Central District – Santa Ana on which he must appear as lead trial counsel. Defendant's client representative is also unavailable on that date.

4. Accordingly, the parties request that the Court grant this ex parte application to continue the ENE conference beyond the time restrictions of Local Rule 16.1.

5. The parties further request that the ENE conference be continued to one of the following dates on which all parties and their counsel can appear:

* April 29, 2008;
* May 1, 2008 (afternoon only);
* May 5, 2008;[1]
* May 6, 2008;
* May 7, 2008;
* April 28, 2008 (if the above dates do not work)

---

[1] Plaintiff's counsel's first choice.

6. The above dates are the only dates available between April 1, 2008 and May 9, 2008 on which all parties and their counsel can appear. If the Court is not available to conduct the ENE on these dates, the parties respectfully request the opportunity to submit additional dates on which all the parties are available and can appear.

The Court is respectively requested to grant the ex parte application.

Respectfully submitted,

Dated: April 1, 2008                    Law Offices of John W. Tower

By: */s/ John W. Tower(as authorized on April 1, 2008)*
John W. Tower
Attorneys for Plaintiff Joel Parker

Dated: April 1, 2008                    Burke, Williams & Sorensen, LLP
Keiko J. Kojima

By:*/s/ Keiko J. Kojima*
Keiko J. Kojima
Attorneys for Defendant Unum Life Insurance Company of America