UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 08 CV 0262 L RBB<br><br>**ORDER TO CONTINUE DATE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date:    April 21, 2008<br>Time:   1:30 p.m. |

The parties having jointly moved, and good cause appearing, IT IS ORDERED that the Early Neutral Evaluation Conference ("ENE") may be conducted beyond the time permitted by Local Rule 16.1 (April 4, 2008).

IT IS FURTHER ORDERED that the date of the ENE be continued from April 21, 2008 to May 1, 2008, at 2:00 p.m.

Dated: April 2, 2008



United States Magistrate Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4812-7190-3746 v1

CASE NO. 08 CV 0262 L RBB

ORDER TO CONTINUE DATE OF ENE CONF.