## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PARKER v. UNUM LIFE INSURANCE                          Case No. 08CV262 L(RBB)
                                                       **Time Spent: 15 min.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                        Rptr.

                               Attorneys
         Plaintiffs                             Defendants

John Tower                              Michael Bernacchi


PROCEEDINGS:   _X_  In Chambers     ___  In Court     ___  Telephonic

An early neutral evaluation conference and case management conference were held.

A telephonic attorneys-only settlement conference is set for July 24, 2008, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: May 1, 2008              IT IS SO ORDERED:   _Ruben Brooks_
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Lorenz                      INITIALS:   VL (mg/irc) Deputy
     All Parties of Record