**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PARKER v. UNUM LIFE INSURANCE                             Case No. 08CV262 L(RBB)
                                                          **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                          Rptr.

                              Attorneys
        Plaintiffs                                  Defendants

John Tower                                    Michael Bernacchi

PROCEEDINGS:   ____ In Chambers   ____ In Court   ____ Telephonic

The telephonic settlement conference on July 24, 2008, at 8:30 a.m. is vacated and reset for August 12, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: July 10, 2008          IT IS SO ORDERED:    *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Lorenz                                 INITIALS: VL (mg/irc) Deputy
     All Parties of Record