## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PARKER v. UNUM LIFE INSURANCE                         Case No. 08cv262 L(RBB)
                                                      **Time Spent: 10 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                      Rptr.

                              Attorneys
         Plaintiffs                              Defendants

John Tower                                 Michael Bernacchi


PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

A telephonic settlement conference was held.

A settlement conference is set for October 3, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: August 12, 2008         IT IS SO ORDERED:   _[signature]_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Lorenz                                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\PARKER0262\Minutes03.wpd