## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PARKER v. UNUM LIFE INSURANCE                    Case No. 08cv262 L(RBB)
                                                 **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE              Rptr. _____

                              Attorneys
       Plaintiffs                              Defendants

John Tower                              Michael Bernacchi


PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The settlement conference on October 3, 2008, at 10:00 a.m. is vacated and reset for October 10, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: August 14, 2008          IT IS SO ORDERED:    *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Lorenz                  INITIALS:  VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\PARKER0262\Minutes04.wpd